```
                     UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW HAMPSHIRE
```

Allah Burman

    v.                                            Case No. 21-cv-245-PB

FCI Berlin, Warden


<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 20, 2021, dismiss Burman's petition (Doc. No. 1) due to a lack of jurisdiction, without prejudice to Burman's ability to seek permission in the Fourth Circuit to file a successive § 2255 motion in the District of Maryland, and deny the motion for relief under § 2243 (Doc. No. 3).

                                                  /s/Paul Barbadoro_____
                                                  Paul Barbadoro
                                                  United States District Judge

Date: June 15, 2021


cc: Allah Burman, pro se